RALPH ZULLO *v.* DEFOREST W. SMITH

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied by the court.

*James G. Verrillo,* for the appellee (plaintiff).

*Bruce L. Levin,* for the appellant (defendant).

Argued June 6—decided June 6, 1978

The defendant's motion to expunge the plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied by the court.

*Bruce L. Levin,* in support of the motion.